### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT WICHITA, KANSAS

| | |
|---|---|
| NILKANTH, LLC d/b/a TOWNSMAN INN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:21-cv-01126-TC-TJJ |
| ) | |
| WESTERN WORLD INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), announce to the Court that this matter has been settled and by stipulation of the parties should be dismissed with prejudice with all parties responsible for their own costs and attorneys' fees.

Submitted and approved by,

By: */s/ Meagan L. Blackwell-Patterson*
Meagan L. Blackwell-Patterson
KS Bar #18387
Matthew A. Tate, KS Bar #26625
5000 West 95th Street, Suite 350
Prairie Village, Kansas 66207
P: 913-749-0300 | F: 913-749-0301
E-Mail: meaganp@waldeckpatterson.com
E-Mail: matthewt@waldeckpatterson.com
**ATTORNEYS FOR DEFENDANT WESTERN WORLD INSURANCE COMPANY**

By: /s/ *Ryan Hodge*
Ryan Hodge, KS Bar # 16180
Ray Hodge & Associates, L.L.C.
8558 W. 21st Stg. North, Suite 300
Wichita, KS 67205
Ph: 316-269-1414 | Fax: 316-263-6019
E-mail: hodgelaw@kansaslaw.com

By: /s/ *Michael Alexander Nava*
Michael Alexander Nava
*Admitted Pro Hac Vice*
A Nava & Glander Law Firm
13409 NW Military Hwy., Suite 300
San Antonio, TX 78231
Ph: 210-305-4220 | Fax: 210-305-4219
E-mail: Anava@anglawfirm.com
**ATTORNEYS FOR PLAINTIFF**